**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION**

| | |
|---|---|
| TR TOOLS, LLC, | |
| Plaintiff, | |
| v. | Case No. 23-cv-00663 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" | Judge Harry D. Leinenweber<br>Mag. Judge Gabriel A. Fuentes |
| Defendants. | |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff, TR Tools, LLC ("Plaintiff"), filed a Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Name/Alias") and the online marketplace accounts identified in Schedule A (the "Online Marketplace"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion as follows.

This Court finds Plaintiff has provided notice to Defendants identified in Schedule A attached hereto in accordance with the TRO, ECF No. 12, entered February 9, 2022, and Fed. R. Civ. P. 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer

shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered copyright, design patent, and trademark (the Plaintiff's Intellectual Property) to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff's, copyrighted works, patented design, and trademark. *See* Ex. 2 to the Decl. of Wayne Huisman, ECF Nos. 6-4 to 6-19 ("Huisman Ex. 2") (includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff's intellectual property).

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Fed. R. Civ. P. 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of, copyright, design patent, and trademark infringement because (1) the Plaintiff's copyrighted works are valid and registered with the U.S. Copyright Office, (2) the Plaintiff's design patents are valid and registered with the USPTO, (3) the Plaintiff's trademark is a distinctive mark and is registered with the USPTO on the Principal Register, (4) Defendants are not licensed or authorized to use any of the Plaintiff copyrighted works, design patent, and trademark and (5) Defendants' use of the

Plaintiff's Intellectual Property is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Plaintiff's Intellectual Property irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Plaintiff's Intellectual Property or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Intellectual Property;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Intellectual Property;

     c.   committing any acts calculated to cause consumers to believe that Defendants' products are sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

     d.   manufacturing, shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, or any reproductions, counterfeit copies, or colorable imitations of Plaintiff's Intellectual Property.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc. shall, within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date occurs first, disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Plaintiff's request, Defendants and any third-party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba, Inc., AliExpress, Ant Financial Services Group ("Ant Financial"), and Alibaba Group Holding Ltd., Amazon.com, Inc. ("Amazon"),

DHgate.com ("DHgate"), eBay, Inc. ("eBay"), Joom, Newegg, Walmart.com USA, LLC ("Walmart"), ContextLogic Inc. d/b/a Wish.com (Wish), Stripe, Inc. ("Stripe"), Payoneer Global Inc. ("Payoneer") and PayPal, Inc. ("PayPal") (collectively, the "Third-Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces;

    c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Payoneer, Stripe, or other merchant account providers,

payment providers, third-party processors, and credit card associations (e.g., MasterCard and VISA); and

d. any metatags, metadata, or hashtags used by Defendants when listing their infringing items.

5. Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Intellectual Property.

6. Any Third-Party Providers as defined in Paragraph 4, shall, within seven (7) calendar days of receipt of this Order:

a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants

receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.  Plaintiff's Pleadings, Schedule A, and Exhibits 1 to 3 thereto (ECF Nos. 7 to 7-4), the Declaration of Wayne Huisman (ECF No. 6-2), Hazen Ex. 2 (ECF No. 6-4 to 6-19), and the TRO (ECF No. 12) are unsealed.

9.  Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Dated: 3/9/2023

_____
Harry D. Leinenweber
United States District Judge

# Schedule A

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 1 | Jilin Baiying Trade Co., Ltd. | baiyingtrade | https://baiyingtrade.en.alibaba.com |
| 2 | Shandong Brave Gold Import And Export Co., Ltd. | bravegold | https://bravegold.en.alibaba.com |
| 3 | Dongguan Zhongyu Hardware Plastic Co., Ltd. | dgzhongyu | https://dgzhongyu.en.alibaba.com |
| 4 | Yiwu Dongzhe Hardware Tools Co., Ltd. | dzt | https://dzt.en.alibaba.com |
| 5 | Shanxi Guangna Impex Co., Ltd. | gndtools | https://gndtools.en.alibaba.com |
| 6 | Guangzhou Fenyun Trading Co., Ltd. | gzfenyun | https://gzfenyun.en.alibaba.com |
| 7 | Guangzhou Haohui Technology Co., Ltd. | haohui2009 | https://haohui2009.en.alibaba.com |
| 8 | Danyang Hesheng Tools Co., Ltd. | heshengtools | https://heshengtools.en.alibaba.com |
| 9 | Shenzhen Hongying Supply Chain Co., Ltd. | leite20150120 | https://leite20150120.en.alibaba.com |
| 10 | Yuncheng Lisca Tools Co., Ltd. | liscatools | https://liscatools.en.alibaba.com |
| 11 | Yiwu Luoying e-commerce Co., Ltd | luoying | https://luoying.en.alibaba.com |
| 12 | Ningbo Mimo Import & Export Co., Ltd. | nbmimo | https://nbmimo.en.alibaba.com |
| 13 | Ningbo Inno Import And Export Co., Ltd. | ningboinno | https://ningboinno.en.alibaba.com |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 14 | Ruian Power Quality Auto Parts Co., Ltd. | powerquality | https://powerquality.en.alibaba.com |
| 15 | Yiwu Sino E-Business Firm | sensovip | https://sensovip.en.alibaba.com |
| 16 | Ningbo Missinteresing Imp And Exp Co., Ltd. | sweettreats | https://sweettreats.en.alibaba.com |
| 17 | Danyang Tongye Tools Co., Ltd. | tongyetools | https://tongyetools.en.alibaba.com |
| 18 | Ningbo Haishu Watchman Electronic Technology Co., Ltd. | watchman | https://watchman.en.alibaba.com |
| 19 | Yiwu Nice Show Accessories Co., Ltd | ywniceshow | https://ywniceshow.en.alibaba.com |
| 20 | Yiwu Yuanya Import & Export Co., Ltd. | ywyuanya | https://ywyuanya.en.alibaba.com |
| 21 | Dutoofree Store | 1100696173 | https://www.aliexpress.com/store/1100696173 |
| 22 | Binoax Store | 1100797943 | https://www.aliexpress.com/store/1100797943 |
| 23 | university store | 1100836956 | https://www.aliexpress.com/store/1100836956 |
| 24 | Petpig hand tools Store | 1101063447 | https://www.aliexpress.com/store/1101063447 |
| 25 | KALAIDUN Official Store | 1101126204 | https://www.aliexpress.com/store/1101126204 |
| 26 | Tool Box Dropshipping Store | 1101133303 | https://www.aliexpress.com/store/1101133303 |
| 27 | Elenxs-Dropshipping Store | 1101210280 | https://www.aliexpress.com/store/1101210280 |
| 28 | Irrigation fitting & tools cut tools Store | 1101229277 | https://www.aliexpress.com/store/1101229277 |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 29 | Vastar Official Store | 1101258321 | https://www.aliexpress.com/store/1101258321 |
| 30 | B-E-N's Store | 1101273143 | https://www.aliexpress.com/store/1101273143 |
| 31 | XO01 Store | 1101278281 | https://www.aliexpress.com/store/1101278281 |
| 32 | Unitool Store | 1101291269 | https://www.aliexpress.com/store/1101291269 |
| 33 | TTong Tool Store | 1101305662 | https://www.aliexpress.com/store/1101305662 |
| 34 | Car Decoration and Accessories Store | 1101308634 | https://www.aliexpress.com/store/1101308634 |
| 35 | KAYE 100% Cheap Tool Store | 1101315072 | https://www.aliexpress.com/store/1101315072 |
| 36 | Tools & Lighting Store | 1101321326 | https://www.aliexpress.com/store/1101321326 |
| 37 | ROLKETU Spray Gun Store | 1101322024 | https://www.aliexpress.com/store/1101322024 |
| 38 | Fun Car Life Store | 1101324738 | https://www.aliexpress.com/store/1101324738 |
| 39 | YFY Tools Store | 1101330559 | https://www.aliexpress.com/store/1101330559 |
| 40 | lans tool Store | 1101336967 | https://www.aliexpress.com/store/1101336967 |
| 41 | Industry Tool Accessories Store | 1101341431 | https://www.aliexpress.com/store/1101341431 |
| 42 | Mintiml dropship Store | 1101350717 | https://www.aliexpress.com/store/1101350717 |
| 43 | One-Stop Industrial Tools Store | 1101351061 | https://www.aliexpress.com/store/1101351061 |
| 44 | Colorful Decoration Store | 1101353594 | https://www.aliexpress.com/store/1101353594 |
| 45 | Tool tribe Store | 1101361165 | https://www.aliexpress.com/store/1101361165 |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 46 | Doublelift's Good Store | 1101361292 | https://www.aliexpress.com/store/1101361292 |
| 47 | Farmer's Store | 1101362932 | https://www.aliexpress.com/store/1101362932 |
| 48 | Towayer Official Store | 1101369445 | https://www.aliexpress.com/store/1101369445 |
| 49 | HSSecury Home-Tools Store | 1101372889 | https://www.aliexpress.com/store/1101372889 |
| 50 | Shop5738044 Store | 1101384118 | https://www.aliexpress.com/store/1101384118 |
| 51 | HGhomeart Tool. Store | 1101393507 | https://www.aliexpress.com/store/1101393507 |
| 52 | Smarter Life. Store | 1101401388 | https://www.aliexpress.com/store/1101401388 |
| 53 | HASAI Store | 1101405250 | https://www.aliexpress.com/store/1101405250 |
| 54 | U-Prefer Outdoor Store | 1101406322 | https://www.aliexpress.com/store/1101406322 |
| 55 | XiaoLou Store | 1101421817 | https://www.aliexpress.com/store/1101421817 |
| 56 | Anpro Chiang Rai Lamp Store | 1101423974 | https://www.aliexpress.com/store/1101423974 |
| 57 | Hypertune Store | 1101432776 | https://www.aliexpress.com/store/1101432776 |
| 58 | Tripolar Tool Store | 1101441424 | https://www.aliexpress.com/store/1101441424 |
| 59 | TaoHuaYuan Garden Tools Store | 1101444044 | https://www.aliexpress.com/store/1101444044 |
| 60 | Yikuu Store | 1101450656 | https://www.aliexpress.com/store/1101450656 |
| 61 | Shop5376274 Store | 1101450974 | https://www.aliexpress.com/store/1101450974 |
| 62 | HILIXUN Official Store | 1101454735 | https://www.aliexpress.com/store/1101454735 |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 63 | Trendsetting Tool Store | 1101457731 | https://www.aliexpress.com/store/1101457731 |
| 64 | Dropshipping niches Store | 1101493057 | https://www.aliexpress.com/store/1101493057 |
| 65 | House Of Exquisite Store | 1101493222 | https://www.aliexpress.com/store/1101493222 |
| 66 | Camenzind Autoparts Store | 1101501027 | https://www.aliexpress.com/store/1101501027 |
| 67 | Homer Decoration Store | 1101535064 | https://www.aliexpress.com/store/1101535064 |
| 68 | Skeyo Store | 1101535278 | https://www.aliexpress.com/store/1101535278 |
| 69 | Enjoying New Life Store | 1101537360 | https://www.aliexpress.com/store/1101537360 |
| 70 | Leisurely Living Store | 1101539257 | https://www.aliexpress.com/store/1101539257 |
| 71 | Enjoying+CC Store | 1101543268 | https://www.aliexpress.com/store/1101543268 |
| 72 | OAUEE Tools House Store | 1101544737 | https://www.aliexpress.com/store/1101544737 |
| 73 | Hello Water Store | 1101546300 | https://www.aliexpress.com/store/1101546300 |
| 74 | Households Groceries Store | 1101553230 | https://www.aliexpress.com/store/1101553230 |
| 75 | Fun Using Houses Store | 1101553414 | https://www.aliexpress.com/store/1101553414 |
| 76 | Fanxing House Store | 1101553510 | https://www.aliexpress.com/store/1101553510 |
| 77 | Groceries House Store | 1101553659 | https://www.aliexpress.com/store/1101553659 |
| 78 | Leisurely House Store | 1101554483 | https://www.aliexpress.com/store/1101554483 |
| 79 | New Nests Life Store | 1101554638 | https://www.aliexpress.com/store/1101554638 |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 80 | Superb Tools Dropshipping Store | 1101577487 | https://www.aliexpress.com/store/1101577487 |
| 81 | SenNan Official Store | 1101586148 | https://www.aliexpress.com/store/1101586148 |
| 82 | Uasnack Toolsing Store | 1101592869 | https://www.aliexpress.com/store/1101592869 |
| 83 | Towayer Manual DIY Tools Store | 1101594509 | https://www.aliexpress.com/store/1101594509 |
| 84 | China Topbrand Store | 1101603313 | https://www.aliexpress.com/store/1101603313 |
| 85 | HSSecury Professional Store | 1101617084 | https://www.aliexpress.com/store/1101617084 |
| 86 | BOOM TOOLS Store | 1101619417 | https://www.aliexpress.com/store/1101619417 |
| 87 | HSSecury Official Store | 1101619885 | https://www.aliexpress.com/store/1101619885 |
| 88 | Isfriday Living Store | 1101632353 | https://www.aliexpress.com/store/1101632353 |
| 89 | Fanxing Sunshines House Store | 1101672310 | https://www.aliexpress.com/store/1101672310 |
| 90 | Harmonious House Store | 1101672761 | https://www.aliexpress.com/store/1101672761 |
| 91 | Happiness Residence Store | 1101674518 | https://www.aliexpress.com/store/1101674518 |
| 92 | LISM Tools Store | 1101688778 | https://www.aliexpress.com/store/1101688778 |
| 93 | SUML Tool Official store Store | 1101697449 | https://www.aliexpress.com/store/1101697449 |
| 94 | ZI House Product Store | 1101729637 | https://www.aliexpress.com/store/1101729637 |
| 95 | KSMT Store | 1101748773 | https://www.aliexpress.com/store/1101748773 |
| 96 | EZ-FUN Store | 1101749996 | https://www.aliexpress.com/store/1101749996 |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 97 | Luckys House Store | 1101752409 | https://www.aliexpress.com/store/1101752409 |
| 98 | Friendship housewell Store | 1101754560 | https://www.aliexpress.com/store/1101754560 |
| 99 | Sweety Houseware Store | 1101756684 | https://www.aliexpress.com/store/1101756684 |
| 100 | Warm-Family tool Store | 1101758439 | https://www.aliexpress.com/store/1101758439 |
| 101 | Ninestar Store | 1101760133 | https://www.aliexpress.com/store/1101760133 |
| 102 | JL Tool Shop Store | 1101765846 | https://www.aliexpress.com/store/1101765846 |
| 103 | Mintiml Gadgets Store | 1101769500 | https://www.aliexpress.com/store/1101769500 |
| 104 | HappinessLife Store | 1101777480 | https://www.aliexpress.com/store/1101777480 |
| 105 | Gluke Tools Store | 1101779371 | https://www.aliexpress.com/store/1101779371 |
| 106 | SMARLAN Store | 1101814749 | https://www.aliexpress.com/store/1101814749 |
| 107 | OMOM Store | 1101833155 | https://www.aliexpress.com/store/1101833155 |
| 108 | Tools Worldwide Store | 1101833456 | https://www.aliexpress.com/store/1101833456 |
| 109 | DreamST Store | 1101846916 | https://www.aliexpress.com/store/1101846916 |
| 110 | Ye Liang Store | 1101851311 | https://www.aliexpress.com/store/1101851311 |
| 111 | YiKang Tools Global Store | 1101865211 | https://www.aliexpress.com/store/1101865211 |
| 112 | Zezzo Dropshipping Store | 1101870040 | https://www.aliexpress.com/store/1101870040 |
| 113 | LSMSPT Industry Tool Store | 1101884625 | https://www.aliexpress.com/store/1101884625 |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 114 | Dehong Tools Store | 1101886143 | https://www.aliexpress.com/store/1101886143 |
| 115 | WZD SHOP Store | 1101891600 | https://www.aliexpress.com/store/1101891600 |
| 116 | Shop912493732 Store | 1101899677 | https://www.aliexpress.com/store/1101899677 |
| 117 | Zezzo Retailer Store | 1101909465 | https://www.aliexpress.com/store/1101909465 |
| 118 | MOX Store | 1101914050 | https://www.aliexpress.com/store/1101914050 |
| 119 | NILIN Store | 1101956393 | https://www.aliexpress.com/store/1101956393 |
| 120 | PetBabyLife Store | 1101961676 | https://www.aliexpress.com/store/1101961676 |
| 121 | ZW Life Store | 1101963567 | https://www.aliexpress.com/store/1101963567 |
| 122 | Green Life Living SE Store | 1101978836 | https://www.aliexpress.com/store/1101978836 |
| 123 | VIP Tools Store | 1102008512 | https://www.aliexpress.com/store/1102008512 |
| 124 | isfriday - HomeLife Tool Store | 1102009103 | https://www.aliexpress.com/store/1102009103 |
| 125 | Isfriday - Useful Tools Store | 1102017942 | https://www.aliexpress.com/store/1102017942 |
| 126 | Prochine VIP Store | 1102098121 | https://www.aliexpress.com/store/1102098121 |
| 127 | Prochine part Store | 1102099122 | https://www.aliexpress.com/store/1102099122 |
| 128 | Zimir Manual Tool Combination Store | 1102120037 | https://www.aliexpress.com/store/1102120037 |
| 129 | Nice Style Store | 1102163029 | https://www.aliexpress.com/store/1102163029 |
| 130 | Endeavour9 Store | 1102169369 | https://www.aliexpress.com/store/1102169369 |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 131 | Ready for Homeeee Store | 1102175821 | https://www.aliexpress.com/store/1102175821 |
| 132 | Petpig Tool Store | 1102214363 | https://www.aliexpress.com/store/1102214363 |
| 133 | Isfriday Tool Store | 1102215412 | https://www.aliexpress.com/store/1102215412 |
| 134 | HGhomeart Car Tool Store | 1102277688 | https://www.aliexpress.com/store/1102277688 |
| 135 | Shop1102341078 Store | 1102339103 | https://www.aliexpress.com/store/1102339103 |
| 136 | Topingrocery | A17OCRFT7TTGSS | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A17OCRFT7TTGSS |
| 137 | Industrial hardware parts | A18YEFFLUX7P7V | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A18YEFFLUX7P7V |
| 138 | BELLEZE HOME | A1DE0J0P78UOFG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DE0J0P78UOFG |
| 139 | jfpjfpofj | A1DRBWTE3WTSUO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1DRBWTE3WTSUO |
| 140 | fexi | A1FHVZIQ2U3YAU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1FHVZIQ2U3YAU |
| 141 | Nancong | A1H5K3TL9GBZ12 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A1H5K3TL9GBZ12 |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 142 | Leif Gao | A1HEMRYP1KCKZ1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1HEMRYP1KCKZ1 |
| 143 | SMALL-YAN | A1IDM0GXKJV49R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1IDM0GXKJV49R |
| 144 | xdkj-SONGXULIANG | A1J5350YFZECEN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1J5350YFZECEN |
| 145 | HANDSELL | A1JT69C75HKR3V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1JT69C75HKR3V |
| 146 | dsifhwopif | A1K3OR1V1XEMKL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1K3OR1V1XEMKL |
| 147 | Amz Quercus | A1K50THK38RG2P | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1K50THK38RG2P |
| 148 | WPFbeimei | A1N08KUVF4A8XO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1N08KUVF4A8XO |
| 149 | Fuwanze | A1O3F7K1DZXKM7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1O3F7K1DZXKM7 |
| 150 | SHENYI US | A1P5VT63YE1NBZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1P5VT63YE1NBZ |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 151 | pudunxdgs | A1PCL9CYL9ZQDE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PCL9CYL9ZQDE |
| 152 | Practisol | A1PE9A0FUD2CRY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1PE9A0FUD2CRY |
| 153 | hanyim electronic | A1RZNBP5S364BD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1RZNBP5S364BD |
| 154 | dayangzi | A1TGLIWYTPCC4N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1TGLIWYTPCC4N |
| 155 | LOKDBM | A1U98DH82XHL4T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1U98DH82XHL4T |
| 156 | WSSP | A1X08793TNG7G6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1X08793TNG7G6 |
| 157 | RJJdebeimeidian | A1ZT07R1OYJH18 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ZT07R1OYJH18 |
| 158 | MEIFEI | A1ZU3EZODJB8XU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1ZU3EZODJB8XU |
| 159 | Eastbuy | A20WNYE2XSMK74 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A20WNYE2XSMK74 |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 160 | ZHIHAOR Selected Trading Company | A215IIDJPHP38I | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A215IIDJPHP38I |
| 161 | YLMUMU | A215W80JEGABA0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A215W80JEGABA0 |
| 162 | Lwbeimeimm | A256SZQI8UC58O | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A256SZQI8UC58O |
| 163 | ningshizhongdajidali | A28O6B7S2XECA4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28O6B7S2XECA4 |
| 164 | HEZB | A28Q6EWF8OG1L8 | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A28Q6EWF8OG1L8 |
| 165 | huihui123dian¬Æ | A2AP7VFYHJN2NA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2AP7VFYHJN2NA |
| 166 | xuanheng | A2B4WVFCGJGGL0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2B4WVFCGJGGL0 |
| 167 | CHAOYUEFANGZHI | A2FOYPMAKRTUKI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2FOYPMAKRTUKI |
| 168 | SHIXIANGNG | A2G7TWNE0N99WU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2G7TWNE0N99WU |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 169 | YINGJU | A2GH82UYQ UEZ55 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2GH82UYQUEZ55 |
| 170 | xuefengwujin | A2H9VQK2DJ R0DA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2H9VQK2DJR0DA |
| 171 | ffrzd | A2KOT7QVZ V08HX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2KOT7QVZV08HX |
| 172 | xiamenhaiyiyuemaoyi | A2MH54CBO PIFH1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MH54CBOPIFH1 |
| 173 | YE61043 | A2NHNJMJT7 9C4Y | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2NHNJMJT79C4Y |
| 174 | QiluStore | A2OG2U9BG8 72SD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2OG2U9BG872SD |
| 175 | Vensans | A2PB0AIYRK HTN3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2PB0AIYRKHTN3 |
| 176 | WUDONGXIAEUR | A2PDNI58ZC6 RAP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2PDNI58ZC6RAP |
| 177 | nianst | A2QGQJDH1 VT54V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2QGQJDH1VT54V |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 178 | laipengfei | A2R3QS3Q8W YVJJ | https://www.amazon.ca/sp?_encoding= UTF8&marketplaceID=A2EUQ1WTG CTBG2&seller=A2R3QS3Q8WYVJJ |
| 179 | ZXJdedian | A2TEH27U763 MQJ | https://www.amazon.com/sp?_encodin g=UTF8&marketplaceID=ATVPDKI KX0DER&seller=A2TEH27U763MQ J |
| 180 | SHENGNG | A2U35INN9J9 WON | https://www.amazon.com/sp?_encodin g=UTF8&marketplaceID=ATVPDKI KX0DER&seller=A2U35INN9J9WO N |
| 181 | SENYIFA | A2UM4PAIUC 9S70 | https://www.amazon.com/sp?_encodin g=UTF8&marketplaceID=ATVPDKI KX0DER&seller=A2UM4PAIUC9S7 0 |
| 182 | chenshaohua1564 | A2VYWNV22 2JVYR | https://www.amazon.com/sp?_encodin g=UTF8&marketplaceID=ATVPDKI KX0DER&seller=A2VYWNV222JV YR |
| 183 | YAYbeimeidian | A2XU5BGL85 QJ5 | https://www.amazon.com/sp?_encodin g=UTF8&marketplaceID=ATVPDKI KX0DER&seller=A2XU5BGL85QJ5 |
| 184 | YYDS-DY | A2ZAFTJP3B5 UW3 | https://www.amazon.com/sp?_encodin g=UTF8&marketplaceID=ATVPDKI KX0DER&seller=A2ZAFTJP3B5UW 3 |
| 185 | itbagstyle | A35MJMZ5XL 12ID | https://www.amazon.com/sp?_encodin g=UTF8&marketplaceID=ATVPDKI KX0DER&seller=A35MJMZ5XL12I D |
| 186 | FANG TRADE MARKET | A37UQVLRX9 8SAH | https://www.amazon.com/sp?_encodin g=UTF8&marketplaceID=ATVPDKI KX0DER&seller=A37UQVLRX98SA H |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 187 | CClub | A38RABIJWT ADGD | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A38RABIJWTADGD |
| 188 | XINJIANHAO US | A395UUANR4 77KN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A395UUANR477KN |
| 189 | Shen zhen shi jing ming ya ke ji you xian gong si | A3ACQBU2JL JNVU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3ACQBU2JLJNVU |
| 190 | YUYAOSHANGMAO | A3AHA3XEA BHGQO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3AHA3XEABHGQO |
| 191 | Laufee | A3CXCYPNL GETWF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CXCYPNLGETWF |
| 192 | dengzhoushiyuanmiaoshangmaoyouxiangongsi | A3EWEK0YR U6UFM | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3EWEK0YRU6UFM |
| 193 | BOORI HEALTH APPLIANCE | A3F3GPH6R1 EG4L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3F3GPH6R1EG4L |
| 194 | LXMbeimei | A3FW45MRE N7V4N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3FW45MREN7V4N |
| 195 | sitaous | A3GGWUTI4 C9IOK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3GGWUTI4C9IOK |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 196 | PTNHZ | A3N9RYSL8O 1DFF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3N9RYSL8O1DFF |
| 197 | hetaousdian | A3OUEHADII T4VQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3OUEHADIIT4VQ |
| 198 | MIAOMIAODEDIAN¬Æ | A3U7VY1CEIJ KIF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3U7VY1CEIJKIF |
| 199 | industrial machinery | A44KP64M840 UF | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A44KP64M840UF |
| 200 | LIANGLIANGshop | A6SZ0RHT66J 0J | https://www.amazon.ca/sp?_encoding=UTF8&marketplaceID=A2EUQ1WTGCTBG2&seller=A6SZ0RHT66J0J |
| 201 | XvLian Wang | A8M413PKHL 07E | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A8M413PKHL07E |
| 202 | YONG XIAO | ACHOIZDHX NQR9 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ACHOIZDHXNQR9 |
| 203 | ShouDuo | ADCNY9OAK H8JZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ADCNY9OAKH8JZ |
| 204 | hermeshine-us | ADXDBR18SJ 0FV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ADXDBR18SJ0FV |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 205 | Irine wore | AFPHVNV2QU1ET | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AFPHVNV2QU1ET |
| 206 | QIUSHUQIANG | AILEM4QQN2M4W | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AILEM4QQN2M4W |
| 207 | Anna Evab | ASME05MCSQ93T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ASME05MCSQ93T |
| 208 | BiuZi | AVZWR9EFX15D1 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AVZWR9EFX15D1 |
| 209 | Cashiny | AWZV4A2YDOPHQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWZV4A2YDOPHQ |
| 210 | Fosdave-US | AXQKE4ORWVJDL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXQKE4ORWVJDL |
| 211 | duanxiaoli-us | AXSFR6Y8YGTTT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AXSFR6Y8YGTTT |
| 212 | suzhouguangzhifengguangdianyouxiangongsi | AY1SJED8OGL6A | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AY1SJED8OGL6A |
| 213 | Weohoviy | AZIJRZGJ1FXH4 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AZIJRZGJ1FXH4 |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 214 | YUXIN TEK E-commerce | 14770781 | https://www.dhgate.com/store/14770781 |
| 215 | Power Quality Auto Parts Co.,Ltd | 15884966 | https://www.dhgate.com/store/15884966 |
| 216 | Mumianflo | 21079213 | https://www.dhgate.com/store/21079213 |
| 217 | Dou08 | 21599571 | https://www.dhgate.com/store/21599571 |
| 218 | Dajiliu | 21634920 | https://www.dhgate.com/store/21634920 |
| 219 | Dianweiliu | 21634929 | https://www.dhgate.com/store/21634929 |
| 220 | 14healthday | 14healthday | https://www.ebay.com/usr/14healthday |
| 221 | 1haodian2013 | 1haodian2013 | https://www.ebay.com/usr/1haodian2013 |
| 222 | 9enjoyshopping | 9enjoyshopping | https://www.ebay.com/usr/9enjoyshopping |
| 223 | agooddealss | agooddealss | https://www.ebay.com/usr/agooddealss |
| 224 | autoseller_zhou | autoseller_zhou | https://www.ebay.com/usr/autoseller_zhou |
| 225 | blueshopas1 | blueshopas1 | https://www.ebay.com/usr/blueshopas1 |
| 226 | boomdealer99 | boomdealer99 | https://www.ebay.com/usr/boomdealer99 |
| 227 | budgetcart | budgetcart | https://www.ebay.com/usr/budgetcart |
| 228 | businessrobb | businessrobb | https://www.ebay.com/usr/businessrobb |
| 229 | caiyanyantiger | caiyanyantiger | https://www.ebay.com/usr/caiyanyantiger |
| 230 | cheerfuldays08 | cheerfuldays08 | https://www.ebay.com/usr/cheerfuldays08 |
| 231 | damon1330 | damon1330 | https://www.ebay.com/usr/damon1330 |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 232 | diysportshop8 | diysportshop8 | https://www.ebay.com/usr/diysportshop8 |
| 233 | dreamfactory5188 | dreamfactory5188 | https://www.ebay.com/usr/dreamfactory5188 |
| 234 | dumei885 | dumei885 | https://www.ebay.com/usr/dumei885 |
| 235 | easy_dealz2016 | easy_dealz2016 | https://www.ebay.com/usr/easy_dealz2016 |
| 236 | ekos-1 | ekos-1 | https://www.ebay.com/usr/ekos-1 |
| 237 | electriccity-12 | electriccity-12 | https://www.ebay.com/usr/electriccity-12 |
| 238 | epsilon668 | epsilon668 | https://www.ebay.com/usr/epsilon668 |
| 239 | eshopfine2 | eshopfine2 | https://www.ebay.com/usr/eshopfine2 |
| 240 | fascinatedgoods | fascinatedgoods | https://www.ebay.com/usr/fascinatedgoods |
| 241 | flower1to3 | flower1to3 | https://www.ebay.com/usr/flower1to3 |
| 242 | gloire1314 | gloire1314 | https://www.ebay.com/usr/gloire1314 |
| 243 | gogogo4251 | gogogo4251 | https://www.ebay.com/usr/gogogo4251 |
| 244 | gongying525 | gongying525 | https://www.ebay.com/usr/gongying525 |
| 245 | good-tool-store | good-tool-store | https://www.ebay.com/usr/good-tool-store |
| 246 | goodservicexu2012 | goodservicexu2012 | https://www.ebay.com/usr/goodservicexu2012 |
| 247 | hinesbuc-7 | hinesbuc-7 | https://www.ebay.com/usr/hinesbuc-7 |
| 248 | hotin46 | hotin46 | https://www.ebay.com/usr/hotin46 |
| 249 | jokerfridayya | jokerfridayya | https://www.ebay.com/usr/jokerfridayya |
| 250 | lucky_3k9a | lucky_3k9a | https://www.ebay.com/usr/lucky_3k9a |
| 251 | meidliepait0 | meidliepait0 | https://www.ebay.com/usr/meidliepait0 |
| 252 | minnie1025 | minnie1025 | https://www.ebay.com/usr/minnie1025 |
| 253 | neilasas | neilasas | https://www.ebay.com/usr/neilasas |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 254 | pineapples-99 | pineapples-99 | https://www.ebay.com/usr/pineapples-99 |
| 255 | pu896_7 | pu896_7 | https://www.ebay.com/usr/pu896_7 |
| 256 | qqzijin2021 | qqzijin2021 | https://www.ebay.com/usr/qqzijin2021 |
| 257 | rn_high-quality | rn_high-quality | https://www.ebay.com/usr/rn_high-quality |
| 258 | sanfern_3491 | sanfern_3491 | https://www.ebay.com/usr/sanfern_3491 |
| 259 | silichang | silichang | https://www.ebay.com/usr/silichang |
| 260 | stayfocuson99 | stayfocuson99 | https://www.ebay.com/usr/stayfocuson99 |
| 261 | sunnyhome07 | sunnyhome07 | https://www.ebay.com/usr/sunnyhome07 |
| 262 | superpioneer-02 | superpioneer-02 | https://www.ebay.com/usr/superpioneer-02 |
| 263 | suyustyle | suyustyle | https://www.ebay.com/usr/suyustyle |
| 264 | heamericanmart | theamericanmart | https://www.ebay.com/usr/theamericanmart |
| 265 | trendingpopzone | trendingpopzone | https://www.ebay.com/usr/trendingpopzone |
| 266 | u889_8 | u889_8 | https://www.ebay.com/usr/u889_8 |
| 267 | uebebestshop2017 | uebebestshop2017 | https://www.ebay.com/usr/uebebestshop2017 |
| 268 | upsenar73 | upsenar73 | https://www.ebay.com/usr/upsenar73 |
| 269 | xabj9895 | xabj9895 | https://www.ebay.com/usr/xabj9895 |
| 270 | Chinas | 5e8c9f078b2c3703010e8e07 | https://www.joom.com/en/stores/5e8c9f078b2c3703010e8e07 |
| 271 | Tools Manufactural | 6031f50c701bcc0006a286b4 | https://www.joom.com/en/stores/6031f50c701bcc0006a286b4 |
| 273 | Baoblaze | 101083587 | https://www.walmart.com/reviews/seller/101083587 |
| 274 | Fuhongda STORE | 101084476 | https://www.walmart.com/reviews/seller/101084476 |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---------|---------------|-------------|--------------|
| 275 | Tiyuyo INC | 101100100 | https://www.walmart.com/reviews/seller/101100100 |
| 276 | Bojue | 101109216 | https://www.walmart.com/reviews/seller/101109216 |
| 277 | Jaspee | 101110508 | https://www.walmart.com/reviews/seller/101110508 |
| 278 | bengbukaikaidianzishang wuyouxiangongsi | 101135396 | https://www.walmart.com/reviews/seller/101135396 |
| 279 | yiwushiwuliyouyuanmaoy iyouxiangongsi | 101173153 | https://www.walmart.com/reviews/seller/101173153 |
| 280 | Shenzhenshi Huishang Yongfeng maoyiyouxiangongsi | 101174226 | https://www.walmart.com/reviews/seller/101174226 |
| 281 | shenzhenshijinjiedefeimao yiyouxiangongsi | 101174541 | https://www.walmart.com/reviews/seller/101174541 |
| 282 | zhengzhougongwanshang maoyouxiangongsi | 101174574 | https://www.walmart.com/reviews/seller/101174574 |
| 283 | KUNMING YUANKAIPENG DIANZISHANGWU YOUXIANGONGSI | 101189502 | https://www.walmart.com/reviews/seller/101189502 |
| 284 | jiujiangxingyaochenxiaos houyouxiangongsi | 101199374 | https://www.walmart.com/reviews/seller/101199374 |
| 285 | Minjieyu | 1176929159 | https://www.walmart.com/reviews/seller/1176929159 |
| 286 | xuanme | 56725f4ec2d7d 726d583d2d1 | https://www.wish.com/merchant/56725f4ec2d7d726d583d2d1 |
| 287 | WhatUneed | 57f0b87debcfd d104bc7570e | https://www.wish.com/merchant/57f0b87debcfdd104bc7570e |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 288 | lilizhuangzhuang | 5842bbcc15914 50500c86af3 | https://www.wish.com/merchant/5842 bbcc1591450500c86af3 |
| 289 | Lhouse | 5848f77d2f5e5 365ea5a7b27 | https://www.wish.com/merchant/5848f 77d2f5e5365ea5a7b27 |
| 290 | Good product recommendation station | 58b3e88f930ac 6505bde6377 | https://www.wish.com/merchant/58b3e 88f930ac6505bde6377 |
| 291 | CXTDP | 592e92902335 8823ae368975 | https://www.wish.com/merchant/592e9 29023358823ae368975 |
| 292 | 168happyfan | 596cbe2982a85 45af81a74de | https://www.wish.com/merchant/596cb e2982a8545af81a74de |
| 293 | shejizhidaoke | 5aea8b03cc8a2 52199614cd1 | https://www.wish.com/merchant/5aea8 b03cc8a252199614cd1 |
| 294 | pan52034 | 5b7e75bd60efa e22344e6db3 | https://www.wish.com/merchant/5b7e7 5bd60efae22344e6db3 |
| 295 | feihuangtenda | 5d5510db40def d4c77ab6a7a | https://www.wish.com/merchant/5d55 10db40defd4c77ab6a7a |
| 296 | haidongsetin | 5deb1fd3d4b69 a0407515717 | https://www.wish.com/merchant/5deb1 fd3d4b69a0407515717 |
| 297 | UU_autoparts | 5e8c40b484b25 4c270b04d34 | https://www.wish.com/merchant/5e8c4 0b484b254c270b04d34 |
| 298 | hard carry | 5ed476fe36b4b d1e07b5242f | https://www.wish.com/merchant/5ed47 6fe36b4bd1e07b5242f |
| 299 | Yisunrain Mubbles | 5ed8545f544a5 b21079b63d5 | https://www.wish.com/merchant/5ed85 45f544a5b21079b63d5 |
| 300 | XiaoJafee | 5f13f0d87773a 4bcf171ec99 | https://www.wish.com/merchant/5f13f 0d87773a4bcf171ec99 |
| 301 | fabiolam | 5f43253629e78 60a4f058bae | https://www.wish.com/merchant/5f432 53629e7860a4f058bae |
| 302 | gbtlt7shop | 5f508ebbe426b c842323a73f | https://www.wish.com/merchant/5f508 ebbe426bc842323a73f |
| 303 | motorparts-ll | 5f574356f5b9e d035813dd69 | https://www.wish.com/merchant/5f574 356f5b9ed035813dd69 |
| 304 | Dulces La Abuela | 5f67c1182f66f 3e03c951d4c | https://www.wish.com/merchant/5f67c 1182f66f3e03c951d4c |

| DOE No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 305 | Papeles Victoria | 5f7e6ee17e7c8d004bad85a5 | https://www.wish.com/merchant/5f7e6ee17e7c8d004bad85a5 |
| 306 | COMERCIO PABLITO | 5f8dfa121c80857991f1654d | https://www.wish.com/merchant/5f8dfa121c80857991f1654d |
| 307 | chenhui Store5071 | 5f8e930e76ec12b419131775 | https://www.wish.com/merchant/5f8e930e76ec12b419131775 |
| 308 | sdrpelgbj | 5fb8c8e064137d2748a48da4 | https://www.wish.com/merchant/5fb8c8e064137d2748a48da4 |
| 309 | A Reason To Smile | 6008f0bf4009941dc7865bed | https://www.wish.com/merchant/6008f0bf4009941dc7865bed |
| 310 | Natomas Bike Shop | 6018a2b90a51fc04513e591d | https://www.wish.com/merchant/6018a2b90a51fc04513e591d |
| 311 | AT prosound-shop | 6018b3c8fe22ec09506176f4 | https://www.wish.com/merchant/6018b3c8fe22ec09506176f4 |
| 312 | Lumame | 6018d3bbc0ac9d39ef4575fa | https://www.wish.com/merchant/6018d3bbc0ac9d39ef4575fa |
| 313 | shimingying0600 | 604d99cfaafa3e3c0066c2c9 | https://www.wish.com/merchant/604d99cfaafa3e3c0066c2c9 |
| 314 | Shanshui_house | 60504016e400b302c1041684 | https://www.wish.com/merchant/60504016e400b302c1041684 |
| 315 | lhxalksjfoif | 60601d75ad1f7d87d1732c97 | https://www.wish.com/merchant/60601d75ad1f7d87d1732c97 |
| 316 | klangla | 60602c8dc748f64de1c1c8f9 | https://www.wish.com/merchant/60602c8dc748f64de1c1c8f9 |
| 317 | cykapu123 | 6119d08916901564e0060953 | https://www.wish.com/merchant/6119d08916901564e0060953 |
| 318 | kuanghan2936 | 6141a850b959149114defd24 | https://www.wish.com/merchant/6141a850b959149114defd24 |
| 319 | caritapint | 6169e5fa951b07b725554dff | https://www.wish.com/merchant/6169e5fa951b07b725554dff |
| 320 | Dentalsf | 616dd7b4174aa68eede7aa9f | https://www.wish.com/merchant/616dd7b4174aa68eede7aa9f |
| 321 | Hamburn | 6192e878aebd6e996d26cdff | https://www.wish.com/merchant/6192e878aebd6e996d26cdff |