**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

TR, LLC

                                                Plaintiff,

v.                                                                       Case No.: 1:23−cv−00663

                                                                       Honorable Harry D. Leinenweber

The Partnerships and Unincorporated Associations Identified in Schedule A, et al.

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 20, 2023:

       MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic ruling on motion hearing held. Motion for default judgment [46] is granted. Civil case terminated. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.